## No. 1192.

### THE STATE OF LOUISIANA VS. MARTIN GRANGER.

An appeal made returnable on the suggestion of the appellant at an improper place and at an improper time, will be dismissed.

APPEAL from the Fourteenth District Court, Parish of Calcasieu. *Read*, J.

*J. C. Gibbs*, District Attorney, for the State, Appellee.

*R. L. Belden* for Defendant and Appellant.

The opinion of the Court was delivered by

TODD, J.  The defendant appeals from a sentence of twelve months' imprisonment at hard labor, imposed under the conviction of the larceny of a cow.

There is a motion to dismiss the appeal on the same ground urged in the case 1191, just decided. That case is identical with this, and for the reasons assigned for the dismissal of the appeal in that case, the motion to dismiss must also prevail in the instant case. The appeal is, therefore, dismissed. .